JS-6

Mark D. Kremer (SB# 100978)
  *m.kremer@conklelaw.com*
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California  90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Allen I. Rubenstein
GOTTLIEB, RACKMAN & REISMAN
270 Madison Avenue
New York, New York 10016
Telephone: (212) 684-3900
Facsimile:  (212) 684-3999

Attorneys for Plaintiffs-Counterdefendants
**MVS STUDIO INC. AND MARK VAN
SCHALKWYK**

Marc E. Hankin (SBN: 170505)
marc@hankinpatentlaw.com
Kevin Schraven (SBN: 259446)
Kevin@hankinpatentlaw.com
HANKIN PATENT LAW, APC
6404 Wilshire Boulevard, Suite 1020
Los Angeles, CA 90048-5512
Tel: (323) 944-0206
Fax: (323) 944-0209

Attorneys for Defendants-Counterclaimants,
**BINGO BEAN LLC and SEAN SPENCER**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MVS STUDIO INC., and MARK VAN SCHALKWYK,<br><br>             Plaintiffs-Counterdefendants,<br><br>     v.<br><br>BINGO BEAN, LLC, AND SEAN SPENCER,<br><br>             Defendants-Counterclaimants. | CASE No. CV10-7675-JHN (SSx)<br><br>~~[PROPOSED]~~<br><br>**ORDER DISMISSING COMPLAINT AND THE ACTION IN ITS ENTIRETY WITH PREJUDICE**<br><br>Assigned for all Purposes:<br>Judge Jacqueline H. Nguyen<br>Courtroom:  790, Roybal<br><br>Trial Date:     September 20, 2011 |

## ORDER

The Court having read and reviewed the concurrently filed Stipulation for Entry of Order Dismissing Complaint, and good cause therefor appearing, the Court hereby approves the Stipulation and Orders as follows.

IT IS HEREBY **ORDERED**:

1.    The Action and all claims for relief therein are hereby DISMISSED WITH PREJUDICE.

2.    Each of the Parties shall bear its own attorneys' fees and costs incurred in connection with this action.

3.    No Party may take an Appeal from this Dismissal.


**IT IS SO ORDERED**.

DATED:  June 29, 2011

_____
HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE